**Electronically Filed
Supreme Court
SCPW-14-0000413
24-FEB-2014
09:38 AM**

SCPW-14-0000413

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

ANTHONY P. LOCRICCHIO, Petitioner,

vs.

THE OFFICE OF DISCIPLINARY COUNSEL, ACTING CHIEF DISCIPLINARY
COUNSEL CHARLENE M. NORRIS, Respondent.

---

ORIGINAL PROCEEDING

<u>ORDER DENYING PETITION FOR WRIT OF MANDAMUS</u>
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Upon consideration of the February 3, 2014 petition for a writ of mandamus submitted by Petitioner attorney Anthony P. Locricchio, the February 9, 2014 supplemental submission, and the exhibits appended, this court concludes nothing in the petition or the attached exhibits supports the conclusion that the Office of Disciplinary Counsel has violated a duty owed this court, or abused the discretion delegated to it by this court. *See Breiner v. Sunderland*, 112 Haw. 60, 64-65, 143 P.3d 1262, 1266-67 (2006)*; In re Disciplinary Bd. of the Hawai'i Supreme Court*, 91 Hawai'i 363, 368-71, 984 P.2d 688, 693-96 (1999); *Akinaka v. Disciplinary*

*Bd. of the Hawaiʻi Supreme Court*, 91 Hawaiʻi 51, 57, 979 P.2d 1077, 1083 (1999).  It also appears there are alternate remedies to the alleged improprieties complained of, available to the Petitioner through action in the trial courts and Rule 8 of the Rules of the Supreme Court of the State of Hawaiʻi.  "A writ of mandamus and/or prohibition will not issue unless a petitioner demonstrates a clear and indisputable right to relief and a lack of other means to redress adequately the alleged wrong or obtain the requested action."  <u>Straub Clinic & Hospital v. Kochi</u>, 81 Hawaiʻi 410, 414, 917 P.2d 1284, 1288 (1996). Accordingly,

IT IS HEREBY ORDERED that the petition for a writ of mandamus is denied.

DATED:  Honolulu, Hawaiʻi, February 24, 2014.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

